UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL GLEASON, | ) | NO. CV 14-7866-R (AGR) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| FITTER, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed with prejudice.

DATED: March 12, 2015

_____
MANUEL L. REAL
United States District Judge